IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISIDRO CARMONA SANCHEZ | § |
| | § |
| VS | § CIVIL ACTION NO. 4:20-3888 |
| | § |
| ASST. WARDEN R. JENKINS, *et al.* | § |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED this 14th day of July 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE